479 A.2d 1094

Commonwealth v. Bell, Appellant.

Petition for Allowance of Appeal
Denied Jan. 9, 1985.

Submitted March 19, 1984. Gail Marcus, for appellant; Jane Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

The denial of the PCHA Relief is affirmed.

SPAETH, President Judge, concurred in the result.